**SMITH KRIVOSHEY, PC**
Yeremey O. Krivoshey (SBN 295032)
166 Geary Street, Ste. 1500-1507
San Francisco, CA 94108
Telephone: 415-839-7077
Facsimile: (888) 410-0415
E-Mail: yeremey@skclassactions.com

**SMITH KRIVOSHEY, PC**
Joel D. Smith (SBN 244902)
867 Boylston Street, 5th Floor #1520
Boston, MA 02116
Telephone: 617-377-4704
Facsimile: (888) 410-0415
E-Mail: joel@skclassactions.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZACHARY MCKINNEY, on behalf of himself and all others similarly situated,<br><br>　　　　　　Plaintiff,<br>　v.<br>MUNCHKIN, INC.,<br><br>　　　　　　Defendant. | Case No. 2:24-cv-04338-FLA-AJR<br><br>**STIPULATION OF DISMISSAL**<br><br>Honorable Fernando L. Aenlle-Rocha |

STIPULATION OF DISMISSAL

1   TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD:

2   IT IS HEREBY STIPULATED by and between Plaintiff Zachary McKinney
3   and Defendant Munchkin, Inc., that pursuant to Federal Rule of Civil Procedure 41
4   (a)(1)(A)(ii), all of the individual claims asserted by Plaintiff Zachary McKinney
5   against Defendant Munchkin, Inc. are hereby dismissed with prejudice.  The parties
6   will bear their own attorneys' fees and costs.

8   Dated:  October 2, 2024              Respectfully Submitted,
9                                        **SMITH KRIVOSHEY, PC**

10                                       By:   */s/ Yeremey Krivoshey*
11                                             Yeremey Krivoshey

12                                       Yeremey O. Krivoshey (SBN 295032)
13                                       166 Geary Str STE 1500-1507
                                         San Francisco, CA 94108
14                                       Telephone: 415-839-7077
                                         Facsimile: (888) 410-0415
15                                       E-Mail: yeremey@skclassactions.com

16                                       **SMITH KRIVOSHEY, PC**
17                                       Joel D. Smith (SBN 244902)
                                         867 Boylston Street 5th Floor #1520
18                                       Boston, MA 02116
                                         Telephone: 617-377-4704
19                                       Facsimile: (888) 410-0415
                                         E-Mail: joel@skclassactions.com
20
21                                       *Attorneys for Plaintiff*

22  Dated:  October 2, 2024              **NORTON ROSE FULBRIGHT US LLP**
23
24                                       By:   */s/ Jeffrey Margulies*

25                                       JEFFREY MARGULIES
                                         LAUREN SHOOR
26                                       ALINA GATTO

27                                       *Attorneys for Defendant*
28

STIPULATION OF DISMISSAL

**SIGNATURE ATTESTATION**

Rule 5-4.3.4(a)(2), I hereby attest that all signatories listed above, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

By: */s/ Yeremey Krivoshey*
      Yeremey Krivoshey

Dated: October 2, 2024.